**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: APPEAL OF THE DOWNINGTOWN AREA SCHOOL DISTRICT FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY OWNED BY MARCHWOOD ASSOCIATES LOCATED AT 128 SURREY WAY, UWCHLAN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA TAX PARCEL NO.: 33-05-00043.0300 | : No. 666 MAL 2017 : : Petition for Allowance of Appeal from : the Order of the Commonwealth Court : : : : : : : : : : |
| PETITION OF: MARCHWOOD ASSOCIATES | : : |
| IN RE: APPEAL OF THE DOWNINGTOWN AREA SCHOOL DISTRICT FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY OWNED BY MARCHWOOD ASSOCIATES LOCATED AT 128 SURREY WAY, UWCHLAN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA TAX PARCEL NO.: 33-05-0043.0300 | : No. 667 MAL 2017 : : Petition for Allowance of Appeal from : the Order of the Commonwealth Court : : : : : : : : : : |
| PETITION OF: MARCHWOOD ASSOCIATES | : : |

**ORDER**

**PER CURIAM**

AND NOW, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.